*E-Filed 10/23/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL PATRICK MCCLISH,<br><br>    Petitioner,<br><br>  v.<br><br>RANDY GROUNDS<br><br>    Respondent.<br>_____/ | No. C 11-01104 RS<br><br>**ORDER TO SHOW CAUSE WHY RESPONDENT HAS NOT BEEN SERVED** |

Petitioner Michael Patrick McClish filed this action for a writ of habeas corpus, per 28 U.S.C. §2254 on March 9, 2011.  On July 30, 2012 petitioner's counsel was ordered to serve a copy of that Order and the petition and all attachments thereto on respondent and respondent's counsel, the Attorney General for the State of California.  There is no evidence that petitioner's counsel has done so.

Accordingly, petitioner's counsel is hereby directed to file a written response to this order by November 19, 2012 explaining why this matter should not be dismissed.  Additionally, petitioner's counsel is again ordered to serve a copy of the Order dated July 30, 2012 as well as the petition and all attachments thereto on respondent and respondent's counsel. Pursuant to Federal Rule of Civil Procedure 41(b), failure to respond to this Order by November 19, 2012, will result in the automatic dismissal of this matter with prejudice.

IT IS SO ORDERED.

Dated: 10/19/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE