IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL PATRICK MCCLISH,** | Case No. C 11-01104 RS |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **RANDY GROUNDS, Warden,** | |
| Respondent. | |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **December 31, 2012**, in which to file a response to the petition for writ of habeas corpus. Petitioner shall file a traverse or an opposition or statement of non-opposition within **thirty (30)** days of the date an answer or a motion to dismiss is filed. In the event respondent files a motion to dismiss, respondent shall file a reply within **fifteen (15)** days of the date any opposition is filed.

IT IS SO ORDERED.

Dated: 10/26/12

_____
The Honorable Richard G. Seeborg
United States District Judge

1

[~~Proposed~~] Order (C 11-01104 RS)