IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL PATRICK MCCLISH,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RANDY GROUNDS,<br><br>　　　　　Respondent.<br>_____/ | No. C 11-01104 RS<br><br>**ORDER DENYING APPLICATION FOR A CERTIFICATE OF APPEALABILITY AND GRANTING REQUEST TO PROCEED *IN FORMA PAUPERIS* ON APPEAL** |

　　　The Court denied the petition for writ of habeas corpus, and entered judgment in favor of respondent in May 2013. The Court then denied petitioner's motion to amend the judgment in December 2013. The Court now declines to issue a certificate of appealability. Reasonable jurists would not "find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Petitioner may seek a certificate of appealability from the Court of Appeals.

　　　Petitioner's application to proceed in forma pauperis ("IFP") on appeal is granted.

　　　IT IS SO ORDERED.

Dated: January 6, 2014

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-01104 RS
ORDER